IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANS EFRAIN WUISAN, Personal Representative of the Estate of Riane Esther, Deceased, et al.,<br><br>      Plaintiffs,<br>-vs-<br><br>THE BOEING COMPANY, a corporation, WORLD STAR AVIATION SERVICES, INC., a corporation; TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC; TRITON AVIATION LTD, d/b/a TRITON AVIATION IRELAND, LTD., WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, and HONEYWELL INTERNATIONAL INC.,<br><br>      Defendants. | Case No. 09-cv-556<br><br>The Honorable Marvin E. Aspen |

**DEFENDANT THE BOEING COMPANY'S
AGREED MOTION TO EXTEND TIME TO ANSWER OR
PRESENT OTHER DEFENSES OR OBJECTIONS**

**NOW COMES** defendant The Boeing Company ("Boeing") and, with the agreement of Plaintiffs' counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time to answer or present other defenses or objections to Plaintiffs' complaint. In support of this motion, Boeing states as follows:

1)  Plaintiffs filed their Complaint on December 30, 2008, in the Circuit Court of Cook County, Illinois, County Department, Law Division, as Case No. 2008L014338, alleging wrongful death and personal injury counts arising from the January 1, 2007 crash of Adam Air Flight DHI-574.

2)  Boeing was served with the complaint and summons in this action on January 13,

2009.

3) On January 28, 2009, Boeing filed a Notice of Removal of this action to this Court under 28 U.S.C. §§ 1369, 1441, and 1446.

4) Pursuant to Federal Rule of Civil Procedure 81(c)(2), Boeing must answer or present other defenses or objections to Plaintiff's complaint by February 4, 2009.

5) Since Boeing filed the Notice of Removal, there have been no additional filings by any party in this case. To Boeing's knowledge, all defendants in this action have not yet been served.

6) Counsel for Boeing has conferred with counsel for Plaintiffs, and Plaintiffs' counsel has agreed to a 30-day extension of Boeing's deadline to extend to answer or present other defenses or objections under the Federal Rules of Civil Procedure.

7) This is Boeing's first request for an extension of time. The requested extension will not prejudice Plaintiffs or any of the other served defendants in this action.

**WHEREFORE,** defendant The Boeing Company respectfully requests that this Court grant its Agreed Motion to Extend Time to Answer or Present Other Defenses or Objections, and to set a deadline of March 5, 2009 for Boeing to answer or to present other defenses or objections.

DATED: February 3, 2009

By: _s/ Bates McIntyre Larson_
One of the attorneys for
Defendant The Boeing Company

- 3 -

William T. Cahill
WCahill@perkinscoie.com
Bates McIntyre Larson
BLarson@perkinscoie.com
Matthew H. Wernz
MWernz@perkinscoie.com
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

Allison R. Kendrick
AKendrick@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on February 3, 2009, I caused the foregoing **DEFENDANT THE BOEING COMPANY'S AGREED MOTION TO EXTEND TIME TO ANSWER OR TO PRESENT OTHER DEFENSES OR OBJECTIONS** to be served via U.S. mail before the hour of 5:00 p.m. on the counsel of record listed below:

*Attorneys for Plaintiff*
Joseph A. Power, Jr.
Todd A. Smith
Brian LaCien
Carolyn Daley Scott
Power Rogers & Smith, PC
Three First National Plaza
70 West Madison, 55th Floor
Chicago, IL 60602
Phone: (312) 236-9381
Fax: (312) 236-0920

      /s/ Bates McIntyre Larson
One of the attorneys for
Defendant The Boeing Company