IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANS EFRAIN WUISAN, Personal Representative of the Estate of Riane Esther, Deceased, et al.,<br><br>                    Plaintiffs,<br><br>-vs-<br><br>THE BOEING COMPANY, a corporation, WORLD STAR AVIATION SERVICES, INC., a corporation; TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC; TRITON AVIATION LTD, d/b/a TRITON AVIATION IRELAND, LTD., WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, and HONEYWELL INTERNATIONAL INC.,<br><br>                    Defendants. | Case No. 09-cv-556<br><br>The Honorable Marvin E. Aspen |

TO:        The Clerk of the Court

AND TO:    All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, February 25, 2009, The Boeing Company filed with the Judicial Panel on Multidistrict Litigation a Motion to Transfer for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 U.S.C. § 1407 to transfer the above-captioned and other cases related cases for consolidated or coordinated pretrial proceedings. Copies of the motion and the supporting documents filed therewith are attached hereto.

DATED: February 25, 2009.

- 2 -

By:   <u>s/ Bates McIntyre Larson</u>
        One of the attorneys for
        Defendant The Boeing Company

William T. Cahill
WCahill@perkinscoie.com
Bates McIntyre Larson
BLarson@perkinscoie.com
Matthew H. Wernz
MWernz@perkinscoie.com
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

Allison R. Kendrick
AKendrick@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on February 25, 2009, I caused the foregoing **NOTICE OF FILING** to be served CM/ECF before the hour of 5:00 p.m. on the counsel of record listed below:

*Attorneys for Plaintiff*
Joseph A. Power, Jr.
Todd A. Smith
Brian LaCien
Carolyn Daley Scott
Power Rogers & Smith, PC
Three First National Plaza
70 West Madison, 55th Floor
Chicago, IL 60602
Phone: (312) 236-9381
Fax: (312) 236-0920

*Attorneys for Defendants Wells Fargo & Co., Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner-trustee, Triton Aviation Business Services Holdings, LLC and World Star Aviation Services, Inc.*

Gary W. Westerberg
Christopher R. Barth
Matthew J. Kalas
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Dr.
Chicago, IL 60606-4410
Tel.: (312) 443-0700
Fax: (312) 443-0336

*Attorneys for Defendant Honeywell International Inc.*

Michael G. McQuillen
Mark S. Susina
Austin W. Bartlett
ADLER, MURPHY & MCQUILLEN LLP
Chicago, Illinois 60602
Tel.: (312) 345-0700
Fax: (312) 345-9860

   /s/ Bates McIntyre Larson
One of the attorneys for
Defendant The Boeing Company